Full opinion will be published later. Watch **Omnibus Index**.

## EAST DAYTON LUMBER CO et v MUTUAL HOME SAVINGS ASSOCIATION

Ohio Supreme Court
No 22387. Decided March 11, 1931

Marshall, CJ, Matthias, Day, Allen and Robinson, JJ, concur. Jones, J, not participating.

Full opinion will be published later. Watch **Omnibus Index.**